IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BENNER, *et al.*, | No. 1:20-CV-00775 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| THOMAS W. WOLF, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 9th day of September 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss the First Amended Complaint (Doc. 25) is **GRANTED WITH PREJUDICE**.

2. The case is dismissed and the Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge